**Order entered September 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01622-CV

**KAREN HOUSTON AND HOUSTON NORTH SHORE PENINSULA, LTD, Appellant**

**V.**

**JERRY KIRCHMAN & ASSOCIATES, AND CARL STRUBE, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 81,238**

## ORDER

By order dated August 4, 2015, the Court granted the motion to withdraw filed by appellants' counsel. We informed appellant Houston North Shore Peninsula, LTD that it may only appear in this Court through counsel. TEX. R. CIV. P. 7; *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp*., 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). We ordered appellant, Houston North Shore Peninsula, LTD, to notify the Court, by September 4, 2015, of the name, State Bar number, address, and telephone number of new counsel. We cautioned appellant Houston North Shore Peninsula, LTD that if we did not receive the requested information by that date regarding new counsel we would dismiss it as a party to this appeal.

As of today's date, this Court has not received the requested information regarding new counsel. Accordingly, we **DISMISS** Houston North Shore Peninsula, LTD as a party to this appeal. *See Kunstoplast*, 937 S.W.2d at 456.

Appellant Karen Houston's brief is due by Monday, October 5, 2015.


/s/    ELIZABETH LANG-MIERS
JUSTICE